Prob12B
(NCW Rev. 2/04)

# UNITED STATES DISTRICT COURT

## for the

## Western District of North Carolina

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
### Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Latoya Faye Valentine    Case Number: 2:01-CR-358-01
                                                         District of New Jersey

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise
                                     Senior United States District Judge

Date of Original Sentence: 11/13/01    Register Number: 23619-050  PACTS Number: 9523
                                                                                  WD/NC

Original Offense: Conspiracy to Import More Than 500 Grams of Cocaine 21 U.S.C. 963-Class B Felony

Original Sentence: 37 months imprisonment; 4 years supervised release; $100 special assessment (paid). Special Condition of drug treatment and/or urinalysis.

Type of Supervision: Supervised Release    Date Supervision Commenced: 07/11/2003

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for   years, for a total of years.
[X]  To modify the conditions of supervision as follows:

"The defendant shall complete 40 hours of community service, on or before 04/30/2007, at an approved site, at the direction of the U.S. Probation Officer."

## CAUSE

The defendant was convicted of Misdemeanor Larceny (06CR015021) in Gaston County Superior Court, Gastonia, NC on 08/14/2006.

I declare under penalty of perjury that the foregoing is true and correct.

Prob 12B                                         2                              Latoya Faye Valentine
                                                                                          2:01-CR-358-01 (NJ)

Respectfully submitted,

by        *[signature]*
Joel Taylor
U.S. Probation Officer
(828) 267-3513
Date: 10/12/2006

THE COURT ORDERS:

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

Dec. 14, 2006                        *[signature]*
Date                                        Signature of Judicial Officer