Prob12B
(NCW Rev. 2/04)

# UNITED STATES DISTRICT COURT

for the

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
### Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Latoya Faye Valentine         Case Number:  2:01-CR-358-01

Name of Sentencing Judicial Officer:  The Honorable Dickinson R. Debevoise
                                      Senior U.S. District Judge

Date of Original Sentence: 11/13/01     Register Number: 23619-050  PACTS Number: 9523

Original Offense: Conspiracy to Import More Than 500 Grams of Cocaine-21 U.S.C. 963-Class B Felony

Original Sentence: 37 Months imprisonment; 4 year supervised release; $100 special assessment (paid). Special Condition of drug treatment and/or urinalysis. Modified 12/14/2006 to include 40 hours of community service.

Type of Supervision: Supervised Release        Date Supervision Commenced: 07/11/2003

### PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total of years.
[X]   To modify the conditions of supervision as follows:

"The defendant shall complete 20 hours of community service, at an approved site, at the direction of the U.S. Probation Officer."

### CAUSE

The defendant was given a Prayer for Judgment Continuance for Assault and Battery (06CR210668) on 02/05/07 in Mecklenburg County District Court, Charlotte, NC.

I declare under penalty of perjury that the foregoing is true and correct.

Prob 12B                                          2                              Latoya Faye Valentine
                                                                                 2:01-CR-358-01

                                                      Respectfully submitted,

                                         by          _____
                                                      Joel Taylor
                                                      U.S. Probation Officer
                                                      Western District of North Carolina
                                                      (828) 267-3513
                                                      Date: 05/01/2007

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____                _____
   June 5, 2007                           Signature of Judicial Officer
       Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

### UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF NORTH CAROLINA

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall complete 20 hours of community service, by 06/01/2007, at an approved site, at the direction of the U.S. Probation Officer."

Witness: _____     Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

_____
Date  4/20/07